AO 245A (Rev. 12/03) Judgment of Acquittal

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.

DONALD B HENDERSON, JR,

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:16-cr-00143-RMP-1

The jury found Defendant not guilty of Count 1. The Court acquitted Defendant on Counts 2, 3, and 4. Accordingly, IT IS ORDERED that the Defendant is acquitted on all counts in the Superseding Indictment. This matter is discharged, and any bond is exonerated.

_Signature of Judge_

Hon. Rosanna Malouf Peterson | Judge, U.S. Dist. Ct.
Name of Judge | Title of Judge

6/27/2018
Date